**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRINA GAIL DAVIS,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBIA,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-06-0273 OWW LJO<br><br>**ORDER AFTER SETTLEMENT** |

　　　　The parties have informed the Court that the above-captioned case has settled. Pursuant to this Court's Local Rule 16-160 and at the request of the parties, this Court ORDERS the parties, no later than February 28, 2007, file papers to dismiss this action in its entirety.

　　　　**All court dates** and any other pending matters in this action are **VACATED**.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   February 1, 2007**　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1