1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRINA GAIL DAVIS,                    Case No. 1:06-CV-00273 OWW LJO

12          Plaintiff,                    Hon. Oliver W. Wanger

13      vs.                               ORDER DISMISSING ENTIRE
                                          ACTION WITH PREJUDICE
14   AMERICAN FAMILY LIFE
     ASSURANCE COMPANY OF
15   COLUMBUS (AFLAC); and DOES
     1 through 10, inclusive,
16
            Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &       41087633.1
  PHILLIPS, LLP
ATTORNEYS AT LAW
  LOS ANGELES
                    [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1      Based on the stipulation of the parties through their attorneys of record, this

2  entire action is dismissed with prejudice, each party to bear its own attorneys' fees

3  and costs.

4      IT IS SO ORDERED.

5

6  Dated: __February 23, 2007

By:  /s/ OLIVER W. WANGER
United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41087633.1

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com